B 10 (Supplement 2) (12/11)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re:**

**CARL S. LEE, SR.,**

**CHAPTER 13**

  Debtor.

**CASE NO. 09-35444-KRH**

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Walter Mortgage Company, its assignees and/or successors in interest

**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: xxxxxx-038

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Notice of Default fees | | (11) | $ 50.00 |
| 12. Other. Specify: Order Terminating Stay fees | | (12) | $ 75.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/ ERIC DAVID WHITE**                                      Date    **03/22/12**
Signature

**Print:**    **ERIC DAVID WHITE, ESQUIRE**                    Title    Of Counsel
                                                               **Attorney for Walter Mortgage Company, its assignees and/or successors in interest**

Company    Samuel I White, P.C.

Address    1804 Staples Mill Road, Suite 200, Richmond, VA 23230

Contact phone  **(804) 290-4290**    Email: **EWHITE@SIWPC.COM**

CERTIFICATE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 22nd day of March, 2012, on all necessary parties including Carl M. Bates, Trustee, P.O. Box 1819, Richmond, VA 23218; Jason Meyer Krumbein, Esquire, Counsel for Debtor, 5310 Markel Road, Suite 102, Richmond, VA 23230; and Carl S. Lee, Sr., Debtor, 820 Augusta Avenue, Petersburg, VA 23803.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.